UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashid Mohamed Sadi, *et al.*,

    Plaintiffs,

v.                                         Civil Action No. 15-11314

Barack H. Obama, President of the     Sean F. Cox
United States, in his official capacity,     United States District Court Judge
*et al.*,

    Defendants.

_____

## **ORDER**

As discussed and agreed at a Status Conference held on April 30, 2015, the Court hereby ORDERS that:

1)     The Government shall file its response to Plaintiffs' "Emergency Motion for Preliminary and/or Permanent Injunction, and Mandamus and Declaratory Relief" (Docket Entry No. 9) no later than **May 11, 2015**;

2)     Any Reply Brief filed by Plaintiffs shall be filed no later than **May 18, 2015**; and

3)     The parties shall appear for a hearing on this motion on **June 1, 2015, at 10:00 a.m.**

Prior to the June 1, 2015 hearing, the Court shall give the parties further direction as to the nature and form of the hearing, and the Court's requirements for same.

    IT IS SO ORDERED.

                                                          S/Sean F. Cox
                                                          Sean F. Cox
                                                          United States District Judge

Dated: May 1, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashid Mohamed Sadi, *et al.*,

    Plaintiffs,

v.   Civil Action No. 15-11314

Barack H. Obama, President of the   Sean F. Cox
United States, in his official capacity,   United States District Court Judge
*et al.*,

    Defendants.
_____

PROOF OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2015, by electronic and/or ordinary mail.

                S/Jennifer McCoy
                Case Manager