UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashid Mohamed Sadi, *et al.*,

    Plaintiffs,

v.                                                                                  Civil Action No. 15-11314

Barack H. Obama, President of the                          Sean F. Cox
United States, in his official capacity,                        United States District Court Judge
*et al.*,

    Defendants.

_____

## ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE REGARDING DEFENDANTS' MOTION TO DISMISS (Doc. #22)

On May 1, 2015, this Court issued an Order setting the briefing schedule and hearing date regarding Plaintiffs' Emergency Motion for Permanent and Preliminary Injunction, Writ of Mandamus, and Declaratory Judgment (Pl. Mo., Doc. #9). Defendants were ordered to respond to Plaintiffs' motion no later than May 11, 2015. (Order, Doc. #19).

On May 11, 2015, as required, Defendants filed a Response to Plaintiffs' Motion. (Defs.' Response, Doc. #21). Defendants also filed a Motion to Dismiss. (Defs.' Mo., Doc. #22).

Regarding Defendants' Motion to Dismiss, the Court hereby ORDERS that:

1)    Plaintiffs shall file their response to "Defendants' Motion to Dismiss" no later than **May 19, 2015**;

2)    Any Reply Brief filed by Defendants shall be filed no later than **May 26, 2015**; and

3)    The parties shall appear for a hearing on this motion on **June 3, 2015, at 10:00 a.m.**

1

**IT IS SO ORDERED.**

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated:  May 12, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 12, 2015, by electronic and/or ordinary mail.

                              s/Carol J. Cohron
                              Case Manager